Daniel R. Shaw (SB No. 281387)
daniel@snydershaw.com
Snyder & Shaw LLP
3196 S. Higuera Street, Suite E
San Luis Obispo, CA 93401
Telephone: (805) 439-4646
Facsimile: (805) 301-8030
Attorneys for Plaintiff

Kyle A. Raney (SB No. 293652)
Kendra G. Tovey (SB No. 323280)
ktovey@lozanosmith.com
LOZANO SMITH
One Capitol Mall, Suite 640
Sacramento, CA 95814
Telephone: (916) 329-7433
Facsimile: (916) 329-9050
Attorneys for Janesville Union Elementary School District

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| O.L., a minor child; by and through his guardian ad litem Erin Calvert,<br><br>Plaintiff,<br><br>v.<br><br>Janesville Union Elementary School District,<br><br>Defendant. | CASE NO.: 2:23-cv-01631-TLN-DMC<br><br>**ORDER APPROVING MINOR'S COMPROMISE** |

Upon stipulation of the parties hereto, and finding good cause thereto: The full and final settlement of O.L.'s claims, as set forth in the party's Joint Petition for Approval of Minor's Compromise is hereby approved as follows:

1. Within in thirty days of the special needs trust being established, the District will issue a

-2-

check in the amount of $80,000 to be deposited into Snyder & Shaw LLP's client trust account.

2. Snyder & Shaw LLP will use a portion of the settlement funds to pay an estate planning attorney to setup a special needs trust. Once the trust is established, Snyder & Shaw LLP will deposit the remaining funds in the special needs trust.

3. Additionally, the Defendant's will pay thirty-two thousand dollars ($32,000) for reasonable attorney's fees and costs to Snyder & Shaw LLP incurred as a result of the OAH administrative proceeding and civil claims. While this does not cover the total fees and costs incurred in this matter, Plaintiff will not be responsible for paying any additional fees or costs to the Snyder & Shaw LLP.

4. This Court will retain jurisdiction over the enforcement of the Settlement Agreement.

**IT IS SO ORDERED.**

DATED: August 17, 2023

Troy L. Nunley
United States District Judge