## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**O. L.,**

CASE NO: **2:23−CV−01631−TLN−DMC**

v.

**JANESVILLE UNION ELEMENTARY SCHOOL DISTRICT,**

---

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 8/17/23**

**Keith Holland**
Clerk of Court

ENTERED: **August 17, 2023**

by: /s/ V. Licea Chavez
Deputy Clerk